UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Melissa Manoogian, on behalf of herself and all others similarly situated, | ) ) ) ) |
| Petitioner, | ) ) 1:22-cv-10487-RWZ |
| v. | ) ) ) |
| LoanCare, LLC, | ) ) ) |
| Respondent. | ) ) ) |

### DEFENDANT LOANCARE, LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, defendant LoanCare, LLC states that it is a limited liability company whose sole member is ServiceLink NLS, LLC. ServiceLink NLS, LLC's sole member is ServiceLink Holdings, LLC. ServiceLink Holdings, LLC's sole member is, ServiceLink Holdings, Inc. ServiceLink Holdings, Inc. is a subsidiary of Fidelity National Financial, Inc., a Delaware corporation ("FNF"). FNF is a publicly traded company.

Date: April 22, 2022

Respectfully submitted,

Christine R. Fitzgerald (BBO #637906)
BELCHER FITZGERALD LLP
Two Oliver Street, Suite 302
Boston, MA 02110
617-368-6890 (Phone)
617-368-6891 (Fax)
cfitzgerald@belcherfitzgerald.com

*Counsel for LoanCare, LLC*

## CERTIFICATE OF SERVICE

I certify that on April 22, 2022, the foregoing was electronically filed with this Court's CM/ECF System and thereby served on counsel of record.

                                       /s/ Christine R. Fitzgerald
                                       Christine R. Fitzgerald