UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **MELISSA MANOOGIAN**, *on behalf of herself and all others similarly situated*,<br><br>*Plaintiff*,<br>v.<br><br>**LOANCARE, LLC**,<br><br>*Defendant*. | Civil Case No.: 22-cv-10487-RWZ |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Melissa Manoogian ("Plaintiff") and Defendant Loancare, LLC ("Defendant") stipulate and agree that the claims asserted by Plaintiff on behalf of a putative class are hereby dismissed *without prejudice* and the claims asserted by Plaintiff in her individual capacity are dismissed *with prejudice*, with each party to bear their own costs and fees.

Dated: August 14, 2023                                                                 *Respectfully submitted,*


**PLAINTIFF**

By:  */s/ Anthony I. Paronich*
       Anthony Paronich
       PARONICH LAW, P.C.
       350 Lincoln Street, Suite 2400
       Hingham, MA 02043
       Telephone:  (617) 485-0018
       Facsimile:   (508) 318-8100
       Email: anthony@paronichlaw.com

       Max S. Morgan, Esquire
       **THE WEITZ FIRM, LLC**
       1515 Market Street, #1100
       Philadelphia, PA 19102

Tel: (267) 587-6240  
Fax: (215) 689-0875  
max.morgan@theweitzfirm.com


*/s/ Brittany Andres*  
Brittany Andres  
Troutman Amin, LLP  
400 Spectrum Center, Ste. 1550  
Irvine, CA 92618  
P: (949) 350-5612  
F: (949) 203-8689  
Counsel for the Defendant